LEWIS DENNARD, Plaintiff, v. JEWELL PLUMBING & HEATING CORP., Defendant, and DROPKIN BROS., INC., Defendant and Third-Party Plaintiff-Appellant. RUGBY CONSTRUCTION CORP., Third-Party Defendant-Respondent.—

Nolan, P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur.  [See *post*, p. 1104.]